# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

September 12, 2007

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155
www.njp.uscourts.gov

RECEIVED

OCT 2  2007

DENNIS M. CAVANAUGH
U.S. DISTRICT JUDGE

The Honorable John C. Lifland
Senior District Court Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102-0999

RE:  **United States v. SEIBERT, Robert**
Dkt #:  01-00036-001 & 99-00617-005

**REQUEST FOR SUPERVISION TO TERMINATE
WITH RESTITUTION BALANCES**

Dear Judge Lifland:

The above captioned individual was sentenced by Your Honor on May 21, 2002, in Case# 01-00036-001, to 33 months imprisonment to be followed by 3 years Supervised Release for the offense of Conspiracy Fraud. He was ordered to pay restitution in the amount of $700,000. On that same date Seibert was sentenced in Case# 99-00617-005, to 33 months imprisonment to be followed by 3 years Supervised Release for the offense of Fraud by Wire. He was ordered to pay restitution in the amount of $50,000. The cases were to run concurrently.

Seibert was released from custody on January 7, 2005, and has been supervised by the Central District of California. Throughout his period of supervision, his economic circumstances have been monitored and asset searches of Autotrack did not reveal any assets. His income has remained stable and his payments have been consistent. Seibert is cooperative in all aspects of supervision.

Seibert's supervision is scheduled to expire on January 6, 2008, and will not be able to pay the restitution balance in full prior to the expiration of his supervision. In Case# 01-00036-001, he has a current balance of $699,533.24. In Case# 99-00617-001, he has a current balance of $48,100.

We would recommend that Seibert's supervision be allowed to terminate as scheduled. He has been instructed and has agreed to make restitution payments until this obligation has been satisfied.

Should Your Honor have any questions, please feel free to contact the undersigned officer at (973) 645-4667.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Nancy Hildner
Senior U.S. Probation Officer

nh/

The Honorable John C. Lifland
Page 2
September 12, 2007

## Expiration of Supervision with Outstanding Restitution Balances

### United States v. Robert Seibert
### Dkt#: 01-00036-001 & 99-00617-005

__X__ The Court approves of the offender expiring from supervision without further action.

_____ The Court disapproves of the offender expiring from supervision and instructs the Probation Office to return this matter to Court for a review hearing.

_[signature]_
Signature of Judicial Officer

**Dennis M. Cavanaugh**
U.S. District Judge

__10/3/07__
Date