PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

Name of Offender: Robert Seibert                                      Cr.: 99-617-05, 00-522-01, 01-36-01

Name of Sentencing Judicial Officer: Honorable John C. Lifland, Senior U.S. District Judge

Date of Original Sentence: 05/20/02

Original Offense: Fraud by Wire (2 counts), Conspiracy to Commit Securities Fraud

Original Sentence: 33 months prison on each count to be served concurrently, 3 years supervised release on each count to be served concurrently

Type of Supervision: Supervised release                         Date Supervision Commenced: 01/07/05

Assistant U.S. Attorney: James McMahon                     Defense Attorney: Terrence Buckley, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' From October 2005 through October 2006, Seibert committed the acts of Grand Theft and Unauthorized Sale of Securities, criminal conduct in violation of California law. |
| 2. | The offender has violated the supervision condition which states '**You shall submit a truthful and complete written report within the first five days of each month.**' Seibert falsified written supervision reports for October 2005, December 2005, June 2006, and August 2006. He failed to truthfully report income he received during those months. |
| 3. | The offender has violated the supervision condition which states '**The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.**' Seibert failed to provide a Personal Financial Statement to the Probation Office by February 9, 2007 as instructed on January 26, 2007 and on August 1, 2007, as he was instructed on June 26, 2007. |

PROB 12C - Page 2
Robert Seibert

4.  The offender has violated the supervision condition which states '**The defendant is to refrain from employment as an investment broker.**' As part of his criminal conduct for Grand Theft and Unauthorized Sale of Securities in 2005 and 2006, Seibert offered the victim a security according to the California Department of Corporations.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer /
Intensive Supervision Specialist

Date: 12/7/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/12/07
Date